IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>ANTHONY J. MIHALOVICH<br>Defendant. | Citation Number: 6428876, M12<br><br>ORDER TO DISMISS |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with prejudice.

DONE AND DATED this 20th day of April, 2017.

HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE

-1-